ELLIOTT W. HUDGINS ET AL. APPELLANTS, v. WINDHAM KEMP, ASSIGNEE IN BANKRUPTCY OF JOHN L. HUDGINS.

THIS case is in all respects the same with that of Robert Hudgins v. Kemp, above decided; and, for the reasons stated in that case, the motion in this to dismiss is overruled.